IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



LAWTON FREDERICK TYSON, §
§
Petitioner, §
§
VS. § NO. 4:08-CV-002-A
§ (Consolidated with
NATHANIEL QUARTERMAN, DIRECTOR, § No. 4:08-CV-044-A)
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, CORRECTIONAL §
INSTITUTIONS DIVISION, §
§
Respondent. §

ORDER

Before the court are two petitions for writ of habeas corpus by a person in state custody filed by Lawton Frederick Tyson, petitioner, which have been consolidated for all purposes. On December 18, 2008, United States Magistrate Judge Charles Bleil, to whom the petitions were referred, issued his findings, conclusion, and recommendation ("FC&R"). Petitioner filed objections on December 29, 2008.

After having considered the petitions, the response by respondent, Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, the FC&R, petitioner's objections to the FC&R, the record, and applicable authorities, the court has concluded that the recommendation of

the magistrate judge that the petitions should be denied should be accepted, and that the court should adopt the findings and conclusions of the magistrate judge that led to that recommendation. Therefore,

The court ORDERS that, for the reasons given by the magistrate judge in the FC&R, all relief sought by petitioner in his petitions for writ of habeas corpus by a person in state custody, which have been consolidated, be, and is hereby, denied.

SIGNED January 16, 2009.

JOHN McBRYDE
United States District Judge